**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.

_____

Civil Case No. 07-cv-01025-REB-MJW

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON, and
TED AMSBAUGH, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,
    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion to Consolidate (Doc 7 - filed May 21, 2007) is **GRANTED**.  Civil Action 07-cv-01025-REB-BNB and the instant action are consolidated for all purposes.

    All future filings in these two actions will be made in Case No. 07-cv-00916-LTB-BNB with the caption as indicated above.

Dated:  June 21, 2007
_____