IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON, and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that a telephone status conference with counsel is set for **August 28, 2007, at 1:30 p.m.** Plaintiffs' counsel shall initiate the conference call and join defense counsel and the court. I may be reached at 303-844-6408. In anticipation of the status conference, on or before **August 27, 2007**, the parties shall submit a revised draft scheduling order for review during the status conference.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **September 13, 2007, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear at the supplemental

scheduling conference by telephone , but must make prior arrangements to do so through my judicial assistant, Estee Fraitag, at 303-844-6408.

Dated August 10, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge