IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.

_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON, and
TED AMSBAUGH, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,
    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Upon Defendants' Response (Doc 29 - filed November 2, 2007), the Miller Plaintiffs' Motion Pursuant to the Scheduling Order to Amend Complaint (Doc 27) is **GRANTED**. Plaintiffs are directed to file their First Amended Complaint.

Dated:  November 5, 2007
_____