**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,

       Plaintiffs,

v.

MERIT ENERGY COMPANY,

       Defendant.
_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER, RAYMOND AND SALLY MILLER,
RICHARD PETERSON, TED AMSBAUGH,
WILBERT WIEDEMAN, PAUL HUNGENBERG,
BUDDY BAKER, ROBERT L. ARMANTROUT,
and THOMAS SCHEIRMAN, on behalf of themselves
and all others similarly situated,

       Plainatiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,

       Defendant.
_____
**ORDER**
_____

       THIS MATTER is before the Court on a Stipulation of Dismissal submitted by Plaintiff Joyce Y. Anderson and Defendant Merit Energy Company (Doc 37 - filed January

14, 2008). The Court has noted the agreement of this particular Plaintiff and Defendant on this matter and therefore finds that the dismissal should be granted.

IT IS THEREFORE ORDERED that Joyce Y. Anderson is DISMISSED as a plaintiff in this action without prejudice.

This dismissal is limited to Joyce Y. Anderson and, as such, does not extend to any of the other plaintiffs in this action.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: January 15, 2008