IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON

      Plaintiff,

v.

MERIT ENERGY COMPANY,

      Defendant.
_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
WILBERT WIEDEMAN,
PAUL HUNGENBERG,
BUDDY BAKER,
ROBERT L. ARMANTROUT,
and THOMAS SCHEIRMAN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,

      Defendant.
_____

**ORDER**
_____

Upon Plaintiff Wilbert Wiedeman's and Plaintiff Thomas Scheirman' Notice of Dismissal of Their Claims Against Defendant Merit Energy Company Without Prejudice (Doc 44 - filed February 21, 2008), it is

ORDERED that the claims of Plaintiffs Wilbert Wiedeman and Thomas Scheirman against Defendant Merit Energy Company are DISMISSED WITHOUT PREJUDICE, each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 22, 2008