IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON,

Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

___

NILES MILLER,
RAYMOND & SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L. ARMANTROUT, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify the Scheduling Order** [docket no. 72, filed July 1, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Scheduling Order is amended as follows:

Expert Witness Disclosures:

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 1, 2008**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 3, 2008**;

| | |
|---|---|
| Depositions of Experts Taken by: | **November 17, 2008**; |
| Discovery Cut-off: | **November 17, 2008**; |
| Dispositive Motion Deadline: | **December 2, 2008**. |

DATED: July 3, 2008