IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated w/ 07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all other
similarly situated

       Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

       Defendant.
_____

Civil Action No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L. ARMANTROUT, on behalf of themselves and others similarly situated,

       Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

       Defendant.
_____

ORDER
_____

      Before the Court is Plaintiffs' Unopposed Motion for the Court's approval of the form

and content of the proposed Notice of Class Certification (Doc 86), which is attached to the

Plaintiffs' motion as Exhibit A.

The Court, having reviewed the Plaintiffs' unopposed motion, and the proposed Notice attached to Plaintiffs' motion as Exhibit A, hereby finds that the proposed Notice attached to Plaintiffs' motion as Exhibit A complies with the requirements set forth in Fed.R.Civ.P. 23(c)(2)(B).  The Court therefore approves the form and content of the Notice of Class Certification attached to Plaintiffs' motion as Exhibit A.  Class Counsel are directed to mail the Notice to the members of the certified Class within thirty days of the date of this Order.

IT IS SO ORDERED.


Dated: October 30, 2008 in Denver, Colorado.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE