IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON, and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

_____

NILES MILLER,
RAYMOND & SALLY MILLER,
RICAHRD PETERSON,
TED AMSBAUGH,
WILBERT WIEDMAN,
PAUL HUNGENBERG,
BUDDY BAKER,
ROBERT L.ARMANTROUT, and
THOMAS SCHEIRMAN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

_____

## ORDER
_____

This matter is before me on the parties' **Joint Motion to Modify the Scheduling Order** [Doc. # 84, filed 10/28/2008] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the

following extent:

    Discovery Cut-Off:        **January 31, 2009**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Expert Disclosures:

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 5, 2009**

Final Pretrial Conference: The final pretrial conference set for December 15, 2008, at 8:30 a.m., is VACATED and RESET to **February 23, 2009, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **February 16, 2009**.

  IT IS FURTHER ORDERED that no additional extensions of time will be granted until and unless the parties obtain from the district judge a continuance of the trial date.

  Dated November 3, 2008.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge