IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON,

Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

---

NILES MILLER,
RAYMOND & SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L.ARMANTROUT, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Defendant's Motion Out of Time to Amend Answers** [docket no. 89, filed October 31, 2008] (the "Motion"). Pursuant to the filing of the **Plaintiffs' Statement of Non-opposition to Defendant's Motion Out of Time to Amend Answers** [docket no. 94, filed November 14, 2008],

    IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing Defendant's Counterclaim, the attachment to docket no. 89. Plaintiffs have ten

(10) days to file an answer.

IT IS FURTHER ORDERED the hearing on this Motion set for Friday, November 21, 2008, is **VACATED**.


DATED:  November 14, 2008