IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON,

Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

---

NILES MILLER,
RAYMOND & SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L. ARMANTROUT, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Motion to Shorten the Time Period for Third Party Witness Thomas O'Connor to Respond to the Plaintiffs' Motion to Compel Third Party Witness Thomas O'Connor to Appear for his Scheduled Deposition on January 20, 2009** [docket no. 104, filed January 9, 2009] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.

DATED: January 12, 2009