IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON, and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

―――――――――――――――――――――――――――――――――――――――――――

NILES MILLER,
RAYMOND & SALLY MILLER,
RICAHRD PETERSON,
TED AMSBAUGH,
WILBERT WIEDMAN,
PAUL HUNGENBERG,
BUDDY BAKER,
ROBERT L.ARMANTROUT, and
THOMAS SCHEIRMAN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

―――――――――――――――――――――――――――――――――――――――――――

## ORDER

―――――――――――――――――――――――――――――――――――――――――――

This matter arises on **Plaintiffs' Motion to Compel Third Party Witness Thomas O'Connor to Appear for His Scheduled Deposition on January 20, 2009** [Doc. # 103, filed 1/9/2009] (the "Motion to Compel"). I held a hearing on the Motion to Compel and made

rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED.

IT IS FURTHER ORDERED that the plaintiffs may conduct a Rule 30(b)(6) deposition of DCP Midstream LLC to inquire about the report titled "DCP Midstream . . . A Consistent Success Story" [Doc. # 103-4] and its contents. DCP's Rule 30 (b)(6) deponent shall be made available for questioning in Denver, Colorado, at a date and time as the parties may agree, but not later than **February 13, 2009**.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **February 13, 2009**.

Dated January 26, 2009.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge