IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.

_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON, and
TED AMSBAUGH, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,
    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Unopposed Motion to Permit Kerr-McGee Gathering, LLC and Its Counsel to Withdraw (Doc 114 - filed January 29, 2009) is **GRANTED**.

    Kerr-McGee Gathering, LLC is permitted to withdraw from this action and Michael J. Gallagher and David R. Hammond are permitted to withdraw as counsel from this action.

Dated: January 30, 2009
_____