IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated w/ 07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all other similarly situated
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.
_____

Civil Action No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L. ARMANTROUT, on behalf of themselves and others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.
_____

ORDER
_____

Upon Plaintiffs' Unopposed Motion to Modify the Class Definition (Doc 126 - filed February 12, 2009), it is

ORDERED that the Motion is GRANTED. The statute of limitations on the claims of the newly excluded individuals are tolled until 30 days after Plaintiffs mail them notice.

                                BY THE COURT:

                                __s/Lewis T. Babcock_____
                                LEWIS T. BABCOCK, JUDGE

DATED: February 17, 2009