IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
    Defendant.
_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON, and
TED AMSBAUGH, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign corporation,
    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiffs' Withdrawal of Motion to Bifurcate (Doc 132 - filed February 18, 2009) is **GRANTED**. The Motion to Bifurcate (Doc 98) is WITHDRAWN.




Dated: February 19, 2009
_____