IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated with 07-cv-01025-REB-MJW)

BERNARD HAROLD ANDERSON, and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

Defendant.

---

NILES MILLER,
RAYMOND & SALLY MILLER,
RICAHRD PETERSON,
TED AMSBAUGH,
WILBERT WIEDMAN,
PAUL HUNGENBERG,
BUDDY BAKER,
ROBERT L.ARMANTROUT, and
THOMAS SCHEIRMAN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MERIT ENERGY COMPANY,

Defendant.

---

**ORDER**

---

This matter arises on the following:

(1) **Plaintiffs' Motion to Modify the Court's January 26, 2009 Order Regarding Additional Discovery Which Plaintiffs Seek from Third Party DCP Midstream LLC** [Doc. # 117, filed 2/3/2009] (the "Motion to Modify"); and

(2) **Plaintiffs' Unopposed Motion to Shorten the Time Period for DCP Midstream LLC to Respond to the Plaintiffs' Motion for Modify the Court's January 26, 2009 Order Regarding Additional Discovery Which Plaintiffs Seek from Third Party DCP Midstream LLC** [Doc. # 118, filed 2/3/2009] (the "Motion to Shorten Time").

The parties appeared this morning for a final pretrial conference. At the pretrial conference I ruled on the Motion to Modify. In summary and for the reasons stated on the record this morning:

IT IS ORDERED that the Motion to Modify [Doc. # 117] is DENIED.

IT IS FURTHER ORDERED that the Motion to Shorten Time [Doc. # 118] is DENIED as moot.

Dated February 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge