IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush<br>Court Reporter:   Gwen Daniel | Date: May 7, 2009 |

_____

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated w/07-cv-01025-LTB-BNB)

| | |
|---|---|
| BERNARD HAROLD ANDERSON and<br>JOYCE Y. ANDERSON, individually and as<br>representative plaintiffs on behalf of all others<br>similarly situated, | Larry Moffett<br>George Barton |
|      Plaintiffs, | |
| v. | |
| MERIT ENERGY COMPANY, a Delaware<br>corporation, | Craig Carver<br>Christopher Kamper |
|      Defendant. | |

_____

Civil Case No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON, and
TED AMSBAUGH, on behalf of themselves
and all others similarly situated,

     Plaintiffs,

v.

MERIT ENERGY COMPANY, a foreign
corporation,

     Defendant.

_____

## COURTROOM MINUTES
_____

Hearing - Motions in Limine

9:01 a.m.      Court in session.

Court's preliminary comments regarding the motions in limine.

Argument by Mr. Barton.

9:29 a.m.      Argument by Mr. Moffett.

9:54 a.m.      Argument by Mr. Carver.

10:12 a.m.     Rebuttal argument by Mr. Barton.

10:16 a.m.     Rebuttal argument by Mr. Moffett.

**ORDERED**: Plaintiffs' Motion in Limine to Exclude Evidence Introduced to Refute or Modify Merit's Implied Covenant to Market the Gas, or Regarding Alleged Customs or Practices in the Natural Gas Industry Regarding Royalty Calculation Methods (Doc. 140) is taken under advisement.

**ORDERED**: Plaintiffs' Motion to Strike Expert David T. Deal and Exclude Portions of John A. Bower's Rebuttal Report (Doc. 142) is taken under advisement.

**ORDERED**: Motion in Limine for an Order Excluding Defendant's Admission of Processing Agreements as Evidence of Marketability of Raw Gas (Doc. 144) is taken under advisement.

10:21 a.m.     Court in recess.

Hearing concluded.
Time: 01:20