IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  June 29, 2009 |

_____

| | |
|---|---|
| Civil Case No. 07-cv-00916-LTB-BNB<br>(Consolidated w/07-cv-01025-REB-MJW) | Counsel: |
| BERNARD HAROLD ANDERSON, individually<br>and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIT ENERGY COMPANY,<br><br>Defendant. | George A. Barton<br>John W. Barrett<br><br><br><br><br><br>Christopher M. Kamper<br>Craig R. Carver |
| Civil Case No. 07-cv-01025-REB-MJW<br><br>NILES MILLER, RAYMOND and SALLY MILLER,<br>RICHARD PETERSON,<br>TED AMSBAUGH, PAUL HUNGENBERG,<br>BUDDY BAKER, and ROBERT L. ARMANTROUT,<br>on behalf of themselves and others similarly<br>situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERIT ENERGY COMPANY,<br><br>Defendant. | George A. Barton<br>John W. Barrett<br><br><br><br><br><br><br><br><br>Christopher M. Kamper<br>Craig R. Carver |

1

_____
## COURTROOM MINUTES
_____

HEARING - Preliminary Approval of Class Settlement

11:04 a.m.    Court in Session

Appearances of counsel

Court's comments

Discussion re Settlement Agreement

The Court's findings and conclusions entered on the record.

**ORDERED: Plaintiffs' Unopposed Motion For Preliminary Approval of Class Settlement (Doc No. 167) is GRANTED**.

**ORDERED: A hearing to consider final approval of the proposed Class Settlement, and Class Counsel's request for attorneys' fees, expense reimbursements, and incentive awards for the Named Plaintiffs is set October 20, 2009 at 9:00 a.m.**

The Court signs the Order Preliminarily Approving Class Settlement.

11:34 a.m.    Court in Recess
              Hearing concluded
              Time: /30