IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date:   October 20, 2009 |
| Court Reporter:    Gwen Daniel | |

---

| | |
|---|---|
| Civil Case No.  **07-cv-00916-LTB-BNB and 07-cv-01025-LTB-BNB** | Counsel: |
| BERNARD HAROLD ANDERSON, et al., | George A. Barton |
| | John W. Barrett |
| Plaintiffs, | |
| v. | |
| MERIT ENERGY COMPANY, | Craig R. Carver |
| Defendant. | |

---

## COURTROOM MINUTES

---

**HEARING - APPROVAL OF FINAL SETTLEMENT**

**9:00 a.m.**   Court in Session

Appearances of counsel.

Court's opening remarks.

Plaintiffs' Motion for Order to Grant Final Approval of Class Settlement and Approval of Incentive Awards for the Class Representatives [doc. #175], filed August 21, 2009, and Plaintiffs' Motion for Attorney Fees and Expense Reimbursements [doc. #173], filed August 21, 2009, are raised for argument.

9:03 a.m.   Argument by Plaintiffs (Mr. Barton).

9:09 a.m.    Argument by Plaintiffs (Mr. Barrett).

Court makes findings.

**ORDERED:** Plaintiffs' Motion for Order to Grant Final Approval of Class Settlement and Approval of Incentive Awards for the Class Representatives [doc. #175], filed August 21, 2009, is **GRANTED.**

Final Judgment and Dismissal with Prejudice is **APPROVED BY THE COURT.**

**ORDERED:** Plaintiffs' Motion for Attorney Fees and Expense Reimbursements [doc. #173], filed August 21, 2009, is **GRANTED.**

Order Granting Class Counsel's Motion for Attorneys' Fees and Expense Reimbursements is **APPROVED BY THE COURT.**

**9:30 a.m.**    Court in Recess - HEARING CONCLUDED

**Total Time in Court:   0:30**