IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00916-LTB-BNB
(Consolidated w/ 07-cv-01025-LTB-BNB)

BERNARD HAROLD ANDERSON and
JOYCE Y. ANDERSON, individually and as representative plaintiffs on behalf of all other similarly situated,
         Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
         Defendant.
_____

Civil Action No. 07-cv-01025-LTB-BNB

NILES MILLER,
RAYMOND AND SALLY MILLER,
RICHARD PETERSON,
TED AMSBAUGH,
PAUL HUNGENBERG,
BUDDY BAKER, and
ROBERT L. ARMANTROUT, on behalf of themselves and others similarly situated,
         Plaintiffs,

v.

MERIT ENERGY COMPANY, a Delaware corporation,
         Defendant.
_____

ORDER APPROVING FINAL REPORT OF DISTRIBUTION BY
SETTLEMENT ADMINISTRATOR
_____

       This matter comes before the Court on the motion of Defendant Merit Energy Company (Doc 186), pursuant to the terms set forth in the order of the Court dated October 20, 2009. The Court, having reviewed the motion and the attached Final Report of Distribution by Settlement Administrator, and being fully advised in the premises, hereby

       ORDERS:

1. The Final Report of Distribution by Settlement Administrator is accepted by the Court;

2. Distribution of the amounts set forth in such report to Merit is hereby approved; such funds to be dealt with in the manner provided by this Court's Final Judgment;

3. Counsel for plaintiff class and counsel for Merit are to provide suitable instructions to Citibank to distribute the escrow fund maintained by Citibank to merit.

4. The Settlement Administrator is hereby discharged from further duties in connection with this matter.

DATED this  25th  day of June, 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE